# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALIETTE GONZALEZ,<br>　　　Plaintiff, | : | |
| | : | Civil Action |
| v. | : | No. 24-cv-02924-JMY |
| | : | |
| STAPLES CONTRACT AND<br>COMMERCIAL LLC; AND STAPLES INC.,<br>　　　Defendants. | :<br>:<br>: | |

## ORDER

**AND NOW**, this 24th day of July, 2025, upon consideration of the Motion for Summary Judgment (ECF No. 23) filed by Defendants, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion will be **DENIED** for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/ John Milton Younge
　　　　　　　　　　　　　　　　　　Judge John Milton Younge